IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Crowley, Texanna

Printed: 9/30/08

Case Number: 05 B 60778
Judge: Wedoff, Eugene R
Filed: 10/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 2, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,950.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,755.32 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,905.20 |
| Trustee Fee: |  | 263.83 |
| Other Funds: |  | 25.65 |
| Totals: | 4,950.00 | 4,950.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Juniper Bank | Unsecured | 1,423.00 | 0.00 |
| 3. | Specialized Management Consultants | Unsecured | 649.90 | 649.90 |
| 4. | RoundUp Funding LLC | Unsecured | 1,423.00 | 1,423.00 |
| 5. | ECast Settlement Corp | Unsecured | 682.42 | 682.42 |
| 6. | Blair | Unsecured |  | No Claim Filed |
| 7. | CB USA Sears | Unsecured |  | No Claim Filed |
| 8. | Washington Mutual Bank FA | Unsecured |  | No Claim Filed |
| 9. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 10. | Direct Merchants | Unsecured |  | No Claim Filed |
| 11. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |
| 12. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 13. | HSBC Mortgage Services | Unsecured |  | No Claim Filed |
| 14. | Senex Services Corp | Unsecured |  | No Claim Filed |
| 15. | Providian | Unsecured |  | No Claim Filed |
| 16. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,083.52 | $ 4,660.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 30.56 |
| 5% | 11.84 |
| 4.8% | 77.16 |
| 5.4% | 97.19 |
| 6.5% | 47.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Crowley, Texanna

Printed: 9/30/08

Case Number: 05 B 60778
Judge: Wedoff, Eugene R
Filed: 10/15/05

_____
$ 263.83

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____